# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Zakelia Rashon Blakely,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:11-cv-251
       3:02-cr-151-1

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2012 Order.

        Signed: November 9, 2012

*Frank G. Johns, Clerk*
*United States District Court*